ORIGINAL
FILED

Ralph Lliteras
4263 Flintlock Lane
Westlake Village, 91361
(310) 739-0815

Defendant, In Pro Per

2017 FEB 22 AM 9:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

LACV17 01422 - CAS-MRWx

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Robertson and Angus Robertson, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) Case No. |
| vs. | ) |
| | ) |
| Ralph Angel Lliteras and Tina Marguerite Lliteras | ) |
| | ) **NOTICE OF REMOVAL** |
| Defendant. | ) |
| | ) |

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that defendant Ralph Angel Lliteras ("Defendant") hereby remove to this Court the above-captioned action described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On January 4, 2017, Plaintiff, Leslie Robertson and Angus Robertson ("Plaintiffs") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled Leslie Robertson and Angus Robertson v. Ralph Angel Lliteras, and Tina Marguerite Lliteras; and DOES 1 to 10, LASC Case No. 17R000249 Defendant's Answer *Demurrer* to the complaint for unlawful detainer was based on a defective Notice to Quit. A true and correct copy of the relevant pleadings, i.e., summons, complaint, and Answer are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3. There are no other named Defendants in the action.

4. No previous request has been made for the relief requested.

5. The Superior Court of California for the County of Los Angeles is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed an Answer *Demurrer* to the complaint based on a defective notice, i.e., the Notice to Pay Rent or Quit, failed to comply with The Protecting Tenants at Foreclosure Act [12 U.S.C. §5220].

9. Notwithstanding said violation of 12 U.S.C. §5220, the Superior Court for the County of Los Angeles has not ruled on an the Answer *Demurrer*.

10. Federal question exists because Defendant's Answer, a pleading depend on the

determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Ralph Angel Lliteras respectfully remove this action from the California Superior Court for the County of Los Angeles this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: _2-21-2017_

By:_____

**Ralph Angel Lliteras**

**Defendant, In Pro Per**

EXHIBIT "A"

**SUM-130**

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:** Ralph Angel Lliteras
*(AVISO AL DEMANDADO):* and
Tina Marguerite Lliteras

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Leslie Robertson and Angus Robertson

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **FILED** |
| LOS ANGELES SUPERIOR COURT |
| JAN 04 2017 |
| Sherri R. Carter, Executive Officer/Clerk |
| DO Vaggen |
| BY N. VALLES, DEPUTY |

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
| --- | --- |
| 1. The name and address of the court is: Santa Monica Courthouse *(El nombre y dirección de la corte es):* 1725 Main Street, Santa Monica, CA 90401 | **CASE NUMBER:** *(Número del caso):* 17R00029 |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Leslie Robertson and Angus Robertson; 3115 W 28th Ave., Denver, CO 80211 ; (908) 341-4756 , (408) 343-5311

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)  ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: January 4, 2017              Clerk, by _____, Deputy
*(Fecha)*                          *(Secretario)*                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ CCP 415.46 (occupant)           ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

| | | |
| --- | --- | --- |
| Form Adopted for Mandatory Use Judicial Council of California SUM-130 [Rev. July 1, 2009] | SUMMONS—UNLAWFUL DETAINER—EVICTION | Page 1 of 2 Code of Civil Procedure, §§ 412.20, 415.456, 1167 *www.courtinfo.ca.gov* |

SUM-130

| PLAINTIFF *(Name):* Leslie Robertson and Angus Robertson | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Ralph Angel Lliteras and Tina Marguerite Lliteras | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

    a. Assistant's name:

    b. Telephone no.:

    c. Street address, city, and zip:


    d. County of registration:

    e. Registration no.:

    f. Registration expires on *(date):*

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Leslie Robertson and Angus Robertson 2115 W 28th Ave., Denver, CO 80211 | FILED LOS ANGELES SUPERIOR COURT JAN 04 2017 Sherri R. Carter, Executive Officer/Clerk N.VaoQaa BY N. VALLES, DEPUTY |

TELEPHONE NO.: (408)341-4756   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* (408)242-5311
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 1725 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: Santa Monica Courthouse

PLAINTIFF: Leslie Robertson and Angus Robertson

DEFENDANT: Ralph Angel Lliteras and Tina Marguerite Lliteras

☐ DOES 1 TO _____

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: 17R00029 |
|---|---|
| ☒ COMPLAINT    ☐ AMENDED COMPLAINT *(Amendment Number):* _____ | |

**Jurisdiction** *(check all that apply):*
☒ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☒ does not exceed $10,000
  ☐ exceeds $10,000 but does not exceed $25,000

☐ ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
  ☐ from unlawful detainer to general unlimited civil (possession not in issue)    ☐ from limited to unlimited
  ☐ from unlawful detainer to general limited civil (possession not in issue)    ☐ from unlimited to limited

1. PLAINTIFF *(name each):* Leslie Robertson ; Angus Robertson

  alleges causes of action against DEFENDANT *(name each):*
  Ralph Angel Lliteras ; Tina Marguerite Lliteras

2. a. Plaintiff is (1) ☒ an individual over the age of 18 years. (4) ☐ a partnership.
    (2) ☐ a public agency. (5) ☐ a corporation.
    (3) ☐ other *(specify):*
  b. ☐ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
  4263 Flintlock Lane, Westlake Village, CA 91361, Los Angeles County

4. Plaintiff's interest in the premises is ☒ as owner ☐ other *(specify):*

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about *(date):* defendant *(name each):*

  (1) agreed to rent the premises as a ☐ month-to-month tenancy ☒ other tenancy *(specify):* 1-year lease
  (2) agreed to pay rent of $ 3150.00 payable ☒ monthly ☐ other *(specify frequency):*
  (3) agreed to pay rent on the ☒ first of the month ☐ other day *(specify):*
  b. This ☒ written ☐ oral agreement was made with
  (1) ☒ plaintiff. (3) ☐ plaintiff's predecessor in interest.
  (2) ☐ plaintiff's agent. (4) ☐ other *(specify):*

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

| PLAINTIFF *(Name)*: Leslie Robertson and Angus Robertson | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Ralph Angel Lliteras and Tina Marguerite Lliteras | |

6. c. ☐ The defendants not named in item 6a are

    (1) ☐ subtenants.

    (2) ☐ assignees.

    (3) ☐ other *(specify)*:

  d. ☐ The agreement was later changed as follows *(specify)*:

  e. ☒ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

  f. ☐ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason)*:

    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.

    (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each)*:

Ralph Angel Lliteras ; Tina Marguerite Lliteras

was served the following notice on the same date and in the same manner:

    (1) ☒ 3-day notice to pay rent or quit     (4) ☐ 3-day notice to perform covenants or quit

    (2) ☐ 30-day notice to quit     (5) ☐ 3-day notice to quit

    (3) ☐ 60-day notice to quit     (6) ☐ Other *(specify)*:

  b. (1) On *(date)*: January 3, 2017 the period stated in the notice expired at the end of the day.

    (2) Defendants failed to comply with the requirements of the notice by that date.

  c. All facts stated in the notice are true.

  d. ☒ The notice included an election of forfeiture.

  e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*

  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:

    (1) ☒ by personally handing a copy to defendant on *(date)*: December 28, 2016

    (2) ☐ by leaving a copy with *(name or description)*:

      a person of suitable age and discretion, on *(date)*:     at defendant's

      ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on *(date)*:     because defendant cannot be found at defendant's residence or usual place of business.

    (3) ☐ by posting a copy on the premises on *(date)*:     ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on *(date)*:

      (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR

      (b) ☐ because no person of suitable age or discretion can be found there.

    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date)*:

    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.

  b. ☒ *(Name)*: Ralph Angel Lliteras

    was served on behalf of all defendants who signed a joint written rental agreement.

  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. ☒ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

**COMPLAINT—UNLAWFUL DETAINER**

| PLAINTIFF (Name): Leslie Robertson and Argus Robertson | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Ralph Angel Lliteras and Tina Marguerite Lliteras | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $ 6,300.00
11. ☒ The fair rental value of the premises is $ 105.00 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☒ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
   a. ☐ possession of the premises. $415.32
   b. costs incurred in this proceeding.
   c. ☒ past-due rent of $ 6,300.00
   d. ☐ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.
   f. ☒ damages at the rate stated in item 11 from *(date):* January 1, 2017 for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):* 38

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on *(date):*

Date: January 4, 2017

Leslie Robertson

Argus Robertson

(TYPE OR PRINT NAME)

Leslie Robertson

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Leslie Robertson

Argus Robertson

(TYPE OR PRINT NAME)

Leslie Robertson

(SIGNATURE OF PLAINTIFF)

**COMPLAINT—UNLAWFUL DETAINER**

Leslie and Angus Robertson
2115 W 28th Avenue
Denver, CO 80211
(808) 341-4756
leslietrobertson@gmail.com

Ralph and Marguerite Lliteras
4263 Flintlock Lane
Westlake Village, CA 91361

# 3-DAY NOTICE TO PAY RENT OR QUIT

Date of Notice: December 28, 2016
Tenants in Possession: Ralph Lliteras and Marguerite Lliteras
Leased Premises: 4263 Flintlock Lane, Westlake Village, CA 91361

To ALL the above-named and all others in possession:

You are required to pay the full amount of rent indicated below or quit the Leased Premises and deliver possession to the Landlord or Agent within three (3) days after service on you of this notice.

November Rent due: $3,150.00 for the period of November 1, 2016 to November 30, 2016
December Rent due: $3,150.00 for the period of December 1, 2016 to December 31, 2016
Total Rent Due: 6,300.00

Failure to comply by paying the full rent due or by vacating the Leased Premises within the three (3) day period required by this Notice will have the Landlord or the Agent hereby elect to declare a forfeiture of your Lease or Rental Agreement and institute legal proceedings for an unlawful detainer against you to recover possession of the Leased Premises plus court costs, attorney fees, and other fees allowable under California law.

Rent is to be paid to the undersigned (contact info above) by either: (1) deposit to Leslie and Angus Robertson's checking account number 440020320550 with routing number 121202211 at Charles Schwab by electronic funds transfer procedure previously established; or (2) Deposit in-person to Leslie and Angus Robertson's checking account number 440020320550 at Charles Schwab between the business hours of 8am to 5pm from Monday to Friday, located at: 2931 Townsgate Road, Unit 110, Westlake Village, CA 91361; Phone No: (805) 496-1564.

Date: December 28, 2016          Owner/Landlord: *Leslie Robertson*

Leslie Robertson

1    **Ralph A. Lliteras & Tina M. Lliteras**
2    **4263 Flintlock Lane**
     **Westlake Village, CA 91361**
3
   (310) 739-0815
4
   Pro Per
5

6

7

8              SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF LOS ANGELES

10

11

12   Leslie Robertson and Angus Robertson,       Case No. 17R00029

13          *Plaintiff,*

14           vs.                   DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;

15   Ralph Angel Lliteras and Tina Marguerite
16   Lliteras,

                              Date:        Thursday, February 9, 2017
17                               Time:        8:30 a.m.
                              Department:   S
18          *Defendant(s).*

19

20

21   To Plaintiff and Attorneys of Record:

22

23      PLEASE TAKE NOTICE that on Thursday, February 9, 2017 at 8:30 a.m. as it may be heard

24   in the above-entitled court, located at 1725 Main Street, Santa Monica, CA 90401, Defendants,

25   Ralph A. Lliteras and Tina M. Lliteras, (hereinafter "Defendant") will present their Demurrer to

26   Plaintiff, Leslie Robertson and Angus Robertson, (hereinafter "Plaintiff") Complaint for Unlawful

27   Detainer.

28

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

---

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 10 2017

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy

1    This Demurrer will and hereby does move the Court for an order sustaining a general

2 demurrer to the unlawful detainer complaint filed by Plaintiff without leave to amend.

3    This demurrer is made pursuant to *Code of Civil Procedure* § 1170 on the grounds that the

4

5 Notice To Pay or Quit served on Defendant is defective as it does not contain the information

6 required by *Code of Civil Procedure* § 1161(2). Thus it is fatally defective and will not support an

7 unlawful detainer action.

8    This demurrer is based upon this notice of demurrer, the attached demurrer, the memorandum

9 of points and authorities, and upon such oral and documentary evidence as may be presented by

10 Defendant upon the hearing of the demurrer.

11

12

13

14

15

16

17 Dated: _1|9|17_____    By: _Tina M. Lliteras_____

18              TINA M. Lliteras

19              Ralph A. Lliteras and Tina M. Lliteras

20              Defendants, In Pro Per

21

22

23

24

25

26

27

28

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

## DEMURRER TO PLAINTIFF'S COMPLAINT

Defendants, Ralph A. Lliteras and Tina M. Lliteras, ("Defendant") hereby generally demur to the Unlawful Detainer complaint filed by Plaintiff, Leslie Robertson and Angus Robertson ("Plaintiff") as follows:

## FIRST GROUND FOR DEMURRER

Defendant generally demurs to the unlawful detainer complaint filed by Plaintiff on the grounds that the Notice To Pay or Quit alleged in the complaint fails to include the correct information required by *Code of Civil Procedure* § 1161(2), thus the complaint fails to state a cause of action in unlawful detainer based on non-payment of rent, or any other cause of action in unlawful detainer.

WHEREFORE Defendants pray:

1. That the Demurrer is sustained without leave to amend;

2. That Plaintiff take nothing by way of its Complaint for Unlawful Detainer;

3. For costs of suit incurred, if allowed;

4. For such other costs and relief as the Court may deem just and proper

Dated: 1/4/17

By: TINA M. Lliteras

Ralph A. Lliteras and Tina M. Lliteras
Defendants, In Pro Per

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

## MEMORANDUM OF POINTS AND AUTHORITIES IN
## SUPPORT OF DEMURRER TO
## COMPLAINT

### I.

### PRELIMINARY STATEMENT

The unlawful detainer complaint filed by Plaintiff incorporates and alleges a notice to quit which is invalid. Thus, the complaint alleges and incorporates a facially defective Notice To Quit. This is due to the fact that *Code of Civil Procedure* § 1161(2) now requires a 3-day notice to quit to have certain information. That information is absent from the Notice To Pay or Quit attached to the complaint herein.

Therefore, the complaint fails, on its face, to state a cause of action in unlawful detainer based on non-payment of rent, or any other cause of action in unlawful detainer

For these reasons, this demurrer should be granted in its entirety without leave to amend.

### II.

### ARGUMENT

### A. THE COURT IS AUTHORIZED TO GRANT THIS DEMURRER

Under *Code of Civil Procedure* § 1170, a defendant in an unlawful detainer proceeding may answer or demur. The period for noticing the hearing on a demurrer is not set forth in the unlawful detainer statutes, Sections 1159 through 1179a. However, Section 1177 provides that all provisions of law contained in Part 2 of the Code of Civil Procedure (the ones applicable to regular civil actions) are otherwise generally applicable to unlawful detainer actions, unless other procedures are specified in the unlawful detainer statutes. Since the unlawful detainer statutes do not provide for

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

the timing of a hearing on a demurrer, the timing for demurrers is governed by *Code of Civil Procedure* § 1005, which requires 16 court days notice of the hearing on the demurrer, plus five calendar days for notice by mailing. Thus, this demurrer is properly before the Court and notice is proper.

The failure of the pleading to state a cause of action results from the fact that the complaint appears deficient on the face of the pleading or from judicially noticed matter. *Hall vs. Chamberlin*, (1948) 31 Cal.2d 673, 679-680.

If a defendant negates any essential element of a particular cause of action, a judge should sustain the demurrer as to that cause of action. See *Cantu v. Resolution Trust Corp.*(1992) 4 Cal.App. 4th 857, 880. Thus, the Court is authorized to grant this demurrer.

**B. A DEFECTIVE 3-DAY NOTICE, ATTACHED TO AND INCORPORATED AND ALLEGED IN AN UNLAWFUL DETAINER COMPLAINT RENDERS THE COMPLAINT GENERALLY DEMURRABLE**

Because the Notice to Pay or Quit alleged in the complaint is defective for several reasons the complaint is subject to a general demurrer on that basis.

The Notice to Quit alleged in the complaint is defective for the following reasons:

1. The Notice to Quit in the complaint fails to include the information required by *Code of Civil Procedure* § 1161(2), thus the complaint on its face to state a cause of action in Unlawful Detainer based on non-payment of rent, or any other cause of action in Unlawful Detainer.

**C. DEFENDANT'S DEMURRER SHOULD BE SUSTAINED WITHOUT LEAVE TO AMEND**

Defendant contends that the Court should sustain his general demurrer without leave to

Amend because it cannot be presumed that a new and proper notice will be served and that Defendant would fail to comply with a new notice. See *Hinman v. Wagnon* (1959) 172 Cal.App 2d 24, 27. Also a new cause of action for unlawful detainer on the basis of a new notice would result in a new cause of action that arose after the complaint was filed, and thus would not properly be an amended complaint but a supplemental complaint.

### III.

### CONCLUSION

Based on the foregoing facts, arguments, and points of law, the Court is urged to sustain Defendant's general demurrer to the unlawful detainer complaint filed by Plaintiff without leave to amend, and that Defendant have Judgment against Plaintiff for costs, and if applicable, attorney fees.

Dated: 1/9/17

By: TINA M. Lliteras

Ralph A. Lliteras and Tina M. Lliteras
Defendants, In Pro Per

DEMURRER TO COMPLAINT
FOR UNLAWFUL DETAINER

1

2  **PROOF OF SERVICE**

3

4  I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served the
   DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;

5  MEMORANDUM OF POINTS AND AUTHORITIES, of which a true copy is attached above this
   Proof Of Service, by the method indicated below on the following named plaintiff's attorney:

6

7              **Leslie Robertson and Angus Robertson**

8                   **2115 West 28th Avenue**

9                     **Denver, CO 80211**

10

11  **BY MAILING** an individual copy to each Plaintiff by depositing said copies in the United States

12  Mail, in a sealed envelope with first class postage prepaid and addressed to the Plaintiff(s) named

13  above at their usual place of business.

14
    **Subject notice was served on January 9, 2017.**

15

16  I declare under penalty of perjury that the foregoing is true and correct.

17

18  Executed in the city of Santa Monica, County of Los Angeles, state of California.

19  I am a resident of or employed in the county where the mailing occurred; my business/residence

20  address is:

21

22  46 santa monica st

23  Aliso Viejo, ca 92656

24

25  DATED: 1-9-2017          _Sunshine Llamb_

26                          _Sunshine Llamb_

27

28

    DEMURRER TO COMPLAINT
    FOR UNLAWFUL DETAINER

1  DENNIS P. BLOCK, ESQ. BAR# 70194
   DENNIS P. BLOCK AND ASSOCIATES
2  5437 LAUREL CANYON., BLVD., SECOND FLOOR
   VALLEY VILLAGE, CA 91607
3  (323) 938-2868

4  Attorney for Plaintiff

5

6                SUPERIOR COURT OF CALIFORNIA

7          COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

8                              )   CASE NO. 17R00029
   ROBERTSON
9                              )
              PLAINTIFF        )   NOTICE OF RULING
10                             )
   vs                          )
11                             )
                               )
   RALPH ANGEL LLITERAS        )
12                             )
              DEFENDANT        )
13  _____)

14      TO DEFENDANT RALPH ANGEL LLITERAS, TINA MARGUERITE LLITERAS,

15  , and to their attorney of record, if any:

16

17      NOTICE IS HEREBY GIVEN that the Motion to advance the demurrer

18  was granted. The demurrer was heard and overruled. Defendant has

19  5 days to answer only. Plaintiff to give notice.

20

21

22

23

24  DATED: 01/18/2017

25
                        DENNIS P. BLOCK AND ASSOCIATES
26

27                      BY:_____
                            Attorney for Plaintiff
28

ryan/536173

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, I am employed in the county of Los Angeles. I am over the age of 18 and not a party to the within action; my business address is 5437 Laurel Canyon Blvd, Second Floor, Valley Village, CA 91607

On **1/19/2017** I served the **NOTICE OF RULING**, placing a copy thereof enclosed in a sealed envelope addressed as follows:

**RALPH ANGEL LLITERAS**
**TINA MARGUERITE LLITERAS**
**4263 FLINTLOCK LANE**
**WESTLAKE VILLAGE, CA 91361**

_X__    (BY PERSONAL SERVICE) I personally delivered by hand such documents to the home of the addressee.
[ ] personal service
[ ] by posting

____    (BY PERSONAL SERVICE) I personally delivered by hand such documents to the Offices/Business of the addressee.
[ ] personal service
[ ] by posting

____    (ELECTRONIC MAIL/BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by email/fax transmission, I emailed/faxed the documents to the person(s) at the email/fax numbers provided. The email/fax machine reported no error that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

____    (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight carrier and addressed to the person(s) as the addresses listed.

Executed on **1/19/2017** at Los Angeles, California, I declare under penalty of perjury under the laws for the State Of California that the above is true and correct.

_____    Register No.  6310
JULIO E. ASCORRA

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|

NAME: Ralph A. Lliteras & Tina M. Lliteras

FIRM NAME: ~~By: Ralph Angel Lliteras~~   Tina Marguerite Lliteras

ADDRESS: 4263 Flintlock Lane

CITY: Westlake Village   STATE: CA   ZIP CODE: 91361

E-MAIL ADDRESS (Optional):

TELEPHONE NO.: (310) 739-0815   FAX NO. (Optional):

ATTORNEY FOR (Name):

*CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles*

*JAN 23 2017*

*Sherri R. Carter, Executive Officer/Clerk*

*By Bonita Fowler, Deputy*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES

STREET ADDRESS: 1725 Main Street

MAILING ADDRESS: SAME

CITY AND ZIP CODE: Santa Monica, CA 90401

BRANCH NAME: Santa Monica

PLAINTIFF: Leslie Robertson and Angus Robertson

DEFENDANT: Ralph Angel Lliteras and Tina Marguerite Lliteras,

| ANSWER—UNLAWFUL DETAINER | CASE NUMBER: 17R00029 |
|---|---|

1. Defendant *(each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs):* ~~Ralph A. Lliteras & Tina M. Lliteras~~
   Ralph Angel Lliteras   Tina Marguerite Lliteras
   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☑ Defendant admits that all of the statements of the complaint are true EXCEPT:
      (1) Defendant claims the following statements of the complaint are false *(state paragraph numbers from the complaint or explain below or on form MC-025):*   ☐ Explanation is on MC-025, titled as Attachment 2b(1).

      7,8,9,10

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(state paragraph numbers from the complaint or explain below or on form MC-025):*
      ☐ Explanation is on MC-025, titled as Attachment 2b(2).

3. AFFIRMATIVE DEFENSES   *(NOTE: For each box checked, you must state brief facts to support it in item 3k (top of page 2).)*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date):*                       before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☑ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☑ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or the laws of the United States or California.
   g. ☑ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state in item 3k the facts showing violation of the ordinance.)*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☐ Plaintiff seeks to evict defendant based on acts against defendant or a member of defendant's household that constitute domestic violence, sexual assault, or stalking. *(A temporary restraining order, protective order, or police report not more than 180 days old is required naming you or your household member as the protected party or a victim of these crimes.)*
   j. ☑ Other affirmative defenses are stated in item 3k.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-105 [Rev. January 1, 2012]

ANSWER—UNLAWFUL DETAINER

Civil Code, § 1940 et seq.;
Code of Civil Procedure, § 425.12, § 1161 et seq.
www.courts.ca.gov

**UD-105**

| CASE NUMBER: |
| --- |
| 17R00029 |

3. **AFFIRMATIVE DEFENSES (cont'd)**

   k.  Facts supporting affirmative defenses checked above *(identify facts for each item by its letter from page 1 below or on form MC-025)*:

      ☐ Description of facts is on MC-025, titled as Attachment 3k.

      Defective Notice to Quit.

4. **OTHER STATEMENTS**

   a. ☐ Defendant vacated the premises on *(date):*

   b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain below or on form MC-025):*

      ☐ Explanation is on MC-025, titled as Attachment 4b.

   c. ☐ Other *(specify below or on form MC-025 in attachment):*

      ☐ Other statements are on MC-025, titled as Attachment 4c.

5. **DEFENDANT REQUESTS**

   a.  that plaintiff take nothing requested in the complaint.

   b.  costs incurred in this proceeding.

   c. ☐ reasonable attorney fees.

   d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

   e. ☑ Other *(specify below or on form MC-025):*

      ☑ All other requests are stated on MC-025, titled as Attachment 5e.

      Dismiss case w/ prejudice.

      Seal the case.

6. Number of pages attached: _____

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code §§ 6400—6415)**

7. *(Must be completed in all cases.)* An **unlawful detainer assistant** ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

   a.  Assistant's name:              b. Telephone No.:

   c.  Street address, city, and zip code:

   d.  County of registration:          e. Registration No.:         f. Expires on (date):

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

Ralph Angel Lliteras
_____
(TYPE OR PRINT NAME)

                   (SIGNATURE OF DEFENDANT OR ATTORNEY)

Tina Marguerite Lliteras
_____
(TYPE OR PRINT NAME)

                   (SIGNATURE OF DEFENDANT OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: 1/20/2017

Ralph Angel Lliteras and Tina Marguerite Lliter
_____
(TYPE OR PRINT NAME)

                   (SIGNATURE OF DEFENDANT)

UD-105 [Rev. January 1, 2012]           **ANSWER—UNLAWFUL DETAINER**          Page 2 of 2

POS-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Ralph A. Lliteras & Tina M. Lliteras<br>4263 Flintlock Lane<br>Westlake Village CA 91361<br><br>TELEPHONE NO.:(310) 739-0815    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS:1725 Main Street
MAILING ADDRESS:SAME
CITY AND ZIP CODE:Santa Monica, CA 90401
BRANCH NAME:Santa Monica

PETITIONER/PLAINTIFF:Leslie Robertson and Angus Robertson

RESPONDENT/DEFENDANT:Ralph Angel Lliteras and Tina Marguerite Lliteras,

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>17R00029 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   46 santa monica st Aliso Viejo, ca 92656

3. On *(date):*1/20/2017    I mailed from *(city and state):* Santa Monica
   the following documents *(specify):*
   U.D. 105

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. Name of person served: Leslie Robertson and Angus Robertson
   b. Address of person served:
      2115 West 28th Avenue
      Denver, CO 80211

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/20/2017

Sunshine Llomb
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)     ▶ Sunshine Llomb
                                                            (SIGNATURE OF PERSON COMPLETING THIS FORM)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |

TRIAL MODE - a valid license will remove this message. See the keywords property of this PDF for more information.

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Ralph A. Lliteras<br>Tina Marguerite Lliteras<br>4263 Flintlock Lane, Westlake Village, CA 91361<br>TELEPHONE NO.: (310) 739-0815 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: In Pro Per | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 1725 Main St.
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Santa Monica          CA    90401
BRANCH NAME: Santa Monica

PLAINTIFF/PETITIONER: Leslie Robertson and Angus Robertson

DEFENDANT/RESPONDENT: Ralph Angel Lliteras, et al.

| NOTICE OF STAY OF PROCEEDINGS | CASE NUMBER:<br>17R00029 |
|---|---|
| | JUDGE: Mark A. Young |
| | DEPT.: S - Room 218 |

To the court and to all parties:

1. Declarant *(name)*: Ralph A. Lliteras

   a. [X] is [X] the party   [ ] the attorney for the party   who requested or caused the stay.

   b. [ ] is [ ] the plaintiff or petitioner [ ] the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. [X] With regard to all parties.

   b. [ ] With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. [X] Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. [ ] Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. [ ] Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. [ ] Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. [X] Other: Federal Removal

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 21, 2017

RALPH A. LLITERAS
(TYPE OR PRINT NAME OF DECLARANT)

_____ (SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]          NOTICE OF STAY OF PROCEEDINGS          CEB
www.ceb.com          Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov